**William S. DAVIS, II, Plaintiff–Appellant,**

**and**

**Baby J.F.D., c/o William S. Davis, II; Estate of William Scott Davis, Sr., Deceased, Plaintiffs,**

**v.**

**Albert J. SINGER, Danielle Doyle, Sydney J. Batch, Batch, Poore & Williams, LLP, Michele Jaworski Suarez; Melanie A. Shekita, Michelle Savage, Eric Craig Chasse, Lisa Sellers; Charlotte Mitchell, Wendy Kirwan; Sonji Carlton, Nancey Berson, Dr. Susan Garvey; Robert B. Radar; Margaret Eagles, Richard Crouthamel, Wake County Government, Defendants–Appellees.**

**No. 15–2498.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 19, 2016.

Decided: April 21, 2016.

William Scott Davis, II, Appellant Pro Se. Roger Allen Askew, Wake County Attorney'S Office, Raleigh, North Carolina, James Nicholas Ellis, Lisa Patterson Sumner, Poyner Spruill LLP, Raleigh, North Carolina, Sydney J. Batch, Batch, Poore & Williams LLP, Raleigh, North Carolina, Elizabeth A. Martineau, Martineau King PLLC, Charlotte, North Carolina, Peter Andrew Teumer, Robey Teumer & Drash, Norfolk, Virginia; Allison Jean Becker, Yates, McLamb & Weyher, LLP, Raleigh, North Carolina, for Appellees. Sydney J. Batch, Appellee Pro Se.

Before AGEE, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Scott Davis, II, appeals the district court's order denying 4 motions for recusal, 19 motions for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b), and 49 other various motions relating to a closed civil matter. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.

*Davis v. Singer*, No. 4:13–cv–00007–RBS–DEM (E.D.Va. filed Oct. 19, 2015 & entered Oct. 20, 2015). We deny Davis' motions for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*